John van Loben Sels, Esq. (SBN 201354)
jvanlobensels@fishiplaw.com
Jennifer Shih, Esq. (SBN 276225)
jshih@fishiplaw.com
Fish IP Law, LLP
2603 Main Street, Suite 1000
Irvine, California 92614-4271
Telephone:  949-943-8300
Facsimile:  949-943-8358

*Attorneys for Plaintiff*,
Harold Davis

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD DAVIS, an individual, | Case No.: 2:19-cv-07298-PA-RAO |
| Plaintiff, | Assigned for all purposes to the Hon. Percy Anderson |
| v. | **CORRECTED ORDER** |
| AMANDA JANE FUDGE, an individual, d/b/a THE LAW OFFICE OF A.J. FUDGE, and DOES 1-10, inclusive, | Trial Date: None set yet |
| Defendants. | |

[PROPOSED] ORDER


# ORDER

Based on the stipulation by the Parties, this action is hereby dismissed with prejudice.

**DATED:** February 13, 2020.

**IT IS SO ORDERED**:

_____
Percy Anderson
United Stated District Judge